PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☒ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
Divisional Office: EASTERN

Name and Office of Person Furnishing Information on THIS FORM: D. Stoddard
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3085

Name of Asst. U.S. Attorney (if assigned): Chandra Menon

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
SA Richard Smith, Coast Guard Investigative Services

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Mandeville, LA    County: St. Tammany

CASE NO.  **21-0155**
USA vs.
Defendant: MAURICE PALMER
**SECT.LMAG.5**
Address: See counsel

☐ Interpreter Required   Dialect: _____

Birth Date: 1973   ☒ Male  ☐ Female   ☐ Alien (if applicable)

Social Security Number: 0076

**DEFENDANT**

Issue: ☐ Warrant  ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Lynette Byrd
☐ FPD  ☐ CJA  ☒ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 1   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 2197 | Unlawful receipt or possession of federal certificate, license, or document | 7 |