## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) |
| ADRIAN MACK, | ) 2:21-CR-00155-6-EEF |
| Defendant. | ) ORDER APPOINTING COUNSEL |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that MICHAEL P. CIACCIO, ESQ. is hereby appointed to represent Defendant, ADRIAN MACK.

New Orleans, Louisiana, this 13th day of December 2021.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE